United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIO ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Defendant. | Case No.   5:15-cv-04204-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendant moves to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 29, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

SO ORDERED.

Dated: October 7, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04204-HRL Notice has been electronically mailed to:

Mary Kate Sullivan	mks@severson.com, efiling@severson.com, tnl@severson.com

Megan Elizabeth Gruber	meg@severson.com, efiling@severson.com, tjm@severson.com

Nikhil Bhatnagar	bhatnagar.nikhil84@gmail.com