# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROSALIO ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 15-cv-04204-BLF<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

On September 22, 2015, Defendant filed a motion to dismiss Plaintiff's Complaint. On November 4, 2015, Plaintiff filed a first amended complaint.

Fed. R. Civ. P. 15(a) allows a party to amend a pleading once as a matter of course within "(A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." In all other cases, a party may amend its pleading only with consent of the opposing party or the court's leave. Fed. R. Civ. P. 15(a)(2).

Here, Plaintiff's first amended complaint was filed more than 21 days after Defendant's motion to dismiss was filed. The last day to amend the complaint as a matter of course was on October 13, 2015 and as a result Plaintiff could not file a first amended complaint on November 4, 2015 without the consent of Defendant or leave of the Court. Although Plaintiff has not indicated whether Defendant consented to the filing of the first amended complaint, Defendant has not filed an objection to Plaintiff's first amended complaint, nor has it filed a notice of non-opposition to its motion to dismiss.

It appears that the parties may believe that the first amended complaint is the operative

pleading. Accordingly, for the clarity of the record, the Court construes Plaintiff's first amended complaint to include a motion for leave to file a first amended complaint. The Court GRANTS Plaintiff's motion and advises the parties that the first amended complaint was filed on November 4, 2015. In light of the first amended complaint, the Court DENIES AS MOOT Defendant's motion to dismiss. Defendant shall answer or otherwise respond to the first amended complaint no later than January 20, 2016. Counsel for Plaintiff is advised to follow the Federal Rules of Civil Procedure and Civil Local Rules with all future filings.

**IT IS SO ORDERED.**

Dated: December 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge