# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROSALIO ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 15-cv-04204-BLF<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil L.R. L.R. 7-1(b), the Court finds Defendant's motion to dismiss suitable for submission without oral argument and hereby VACATES the hearing scheduled for June 2, 2016.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge